United States Bankruptcy Court
District of Connecticut

In re:                                                          Case No. 14-21261-asd
Charlie A Smith                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2        User: ldurrenbe         Page 1 of 1         Date Rcvd: Aug 07, 2014
                           Form ID: hrgBKNH        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2014.
db          +Charlie A Smith,    24 Cove Road,    APT 3,    Uncasville, CT 06382-2231
8272005     +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
8272007     +Enterprise Final Team,    1 Science Park Flr 2,    New Haven, CT 06511-1963
8272008     +Groton Ambulance Association,    269 Main Street,    Cromwell, CT 06416-2361
8272009     +IPC Hospitalists Of New Englan,    POB 8219,    Pasadena, CA 91109-8219
8272010     +Lawrence & Memorial Hospital,    POB 536,    Linden, MI 48451-0536
8272011     +Lawrence & Memorial Paramedics,    269 Main Street,    Cromwell, CT 06416-2361
8272012     +London & London Attorneys At L,    48 Christian Lane,    Newington, CT 06111-5451
8272013     +Mary McCrachen,    24 Cove Rd,    Uncasville, CT 06382-2231
8272014     +Morelli-Wolfe TJ Law Office,    118 New London Turnpike,    Norwich, CT 06360-2635
8272015     +Pacific Insurance Company,    PO BOX 40,    Anaheim, CA 92815-0040
8272016     +Raymond Law Group,    90 National Drive Suite 3,    Glastonbury, CT 06033-1247
8272017     +Robin Smith,    On Apartment Lease,    24 Cove Rd Apt 3,    Uncasville, CT 06382-2231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8272004      +E-mail/Text: gl7768@att.com Aug 07 2014 18:20:33      AT&T Services,    1 Science Park,
              New Haven, CT 06511-1963
                                                                                       TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8272006      ##+Citifinancial Auto,    2208 Highway 121 Ste 100,    Bedford, TX 76021-5981
                                                                      TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2014                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2014 at the address(es) listed below:
         Kevin D. Wickless    on behalf of Debtor Charlie A Smith kevinwickless@gmail.com
         Thomas C. Boscarino    on behalf of Trustee Thomas C. Boscarino tboscarino@bgtlaw.com,
          CT20@ecfcbis.com
         Thomas C. Boscarino    tboscarino@bgtlaw.com,    CT20@ecfcbis.com
         U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                           TOTAL: 4

Form ntchrgBKNH

## UNITED STATES BANKRUPTCY COURT
### District of Connecticut

---

In Re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade and address):

Charlie A Smith
aka Charlie A Smith
24 Cove Road
APT 3
Uncasville, CT 06382

Bankruptcy Proceeding No.: 14–21261
Chapter: 7
Judge: Albert S. Dabrowski

---

### NOTICE OF HEARING

**THe Trustee has filed papers with the court.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

PLEASE TAKE NOTICE that a hearing will be held at

450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103

on 9/4/14 at 10:00 AM

to consider and act upon the following:

*9* – Motion to Dismiss Case For Failure to Appear Filed by Thomas C. Boscarino on behalf of Thomas C. Boscarino, Trustee. (Attachments: # 1 Proposed Order) (Boscarino, Thomas)

**NOTICE IS FURTHER GIVEN that, unless otherwise ordered by the court the initial hearing on the foregoing will be a nonevidentiary hearing and, further,** that said hearing may be continued or adjourned from time to time without further notice other than an order in open court.

**If you want the court to consider your views on the above mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date.**

**If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Date of Issuance by the Clerk: 8/7/14

*Gary M Sfell*

Clerk, U.S. Bankruptcy Court