UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-21261(ASD) |
| CHARLIE SMITH | : | CHAPTER 7 |
| | : | |
| | : | |
| | : | |
| DEBTOR | : | |

## WITHDRAWAL OF MOTION TO DISMISS CASE
## UNDER U.S.C. SECTION 305 OR 707

COMES NOW, Thomas C. Boscarino, Trustee, who hereby withdraws the Motion to Dismiss Case Under U.S.C. Section 305 or 707 filed on August 7, 2014, ID No. 9.

WHEREFORE, withdrawal is requested.

RESPECTFULLY SUBMITTED,
THOMAS C. BOSCARINO, TRUSTEE FOR
THE BANKRUPTCY ESTATE OF CHARLIE SMITH

By_____
Thomas C. Boscarino, Trustee
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Building Two, Suite 301
Glastonbury, CT 06033
Telephone (860) 659-5657

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-21261(ASD) |
| CHARLIE SMITH | : | CHAPTER 7 |
| | : | |
| | : | |
| | : | |
| DEBTOR | : | |

## CERTIFICATION OF SERVICE

On August 20, 2014, the Withdrawal of the Motion to Dismiss Case Under U.S.C. Section 305 or 707 was filed electronically. Notice of this filing was sent electronically to the following parties who received notices through the Court's CM/ECF:

Office of the U.S. Trustee- USTPRegion02.NH.ECF@USDOJ.GOV
Attorney Kevin D. Wickless

On August 20, 2014, the Withdrawal of the Motion to Dismiss Case Under U.S.C. Section 305 or 707 was sent by first-class mail, postage prepaid, to those parties unable to accept electronic filing as listed below:

Charlie A. Smith
24 Cove Road
Apt 3
Uncasville, CT  06382

Dated at Glastonbury, Connecticut on August 20, 2014.

Thomas C. Boscarino, Trustee
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Building Two, Suite 301
Glastonbury, CT 06033
Tel. No.: (860) 659-5657
Federal Bar No.: ct05466