## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-21261 (ASD) |
| CHARLIE SMITH | : | CHAPTER 7 |
| DEBTOR | : | |

## APPEARANCE

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE of the Appearance of Jay M. Wolman of the firm of Raymond Law Group LLC, 90 National Drive, Suite 3, Glastonbury, Connecticut, 06033, (860) 633-0580, as counsel for Pacific Insurance Company, Ltd., a subsidiary of The Hartford Financial Services Group, Inc., as subrogee of Peter Pan Bus Lines Trust.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002 and 9007, the undersigned counsel requests that al notices given or required to be given in this case, and all papers served in this case, be given and served upon the undersigned at the office, post office address and telephone number set forth herein.

Date:   September 2, 2014

                                                         Respectfully submitted,

                                                         Pacific Insurance Company, Ltd.
                                                         a subsidiary of The Hartford
                                                         Financial Services Group, Inc. a/s/o
                                                         Peter Pan Bus Lines Trust

                                                         /s/Jay M. Wolman_____
                                                         Jay M. Wolman CT29129
                                                         Raymond Law Group LLC
                                                         90 National Drive, Suite 3
                                                         Glastonbury, CT 06033

860-633-0580  
860-633-0438 Facsimile  
Wolman@raymondlawgroup.com  
Its Attorneys

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System. Pursuant to L.B.R. 9010-1(b), the foregoing pleading has been served upon the debtor, trustee, and the U.S. Trustee.

Date:   September 1, 2014                                  /s/ Jay M. Wolman  
                                                                    Jay M. Wolman