Certificate of Notice    Page 1 of 2

United States Bankruptcy Court
District of Connecticut

In re:                                                                   Case No. 14-21261-asd
Charlie A Smith                                                          Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0205-2          User: admin              Page 1 of 1              Date Rcvd: Sep 22, 2014
                              Form ID: 100             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2014.
db             +Charlie A Smith,   24 Cove Road,   APT 3,   Uncasville, CT 06382-2231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2014                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2014 at the address(es) listed below:
              Jay Marshall Wolman    on behalf of Creditor    Pacific Insurance Company, Ltd.
               wolman@raymondlawgroup.com,   thompson@raymondlawgroup.com
              Kevin D. Wickless    on behalf of Debtor Charlie A Smith kevinwickless@gmail.com
              Thomas C. Boscarino    on behalf of Trustee Thomas C. Boscarino tboscarino@bgtlaw.com,
               CT20@ecfcbis.com
              Thomas C. Boscarino    tboscarino@bgtlaw.com,   CT20@ecfcbis.com
              U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                             TOTAL: 5

# United States Bankruptcy Court

## District of Connecticut

Filed & Entered
On Docket
September 22, 2014

In re:
    Charlie A Smith(other names used by debtor: Charlie A Smith)
    Last four digits of Social−Security No or other Individual
    Taxpayer−Identification No (ITIN): xxx−xx−2540
                                Debtor(s)

Case Number: 14−21261 asd
Chapter: 7

**NOTICE OF REQUIREMENT TO FILE CERTIFICATION OF
COMPLETION OF A PERSONAL FINANCIAL MANAGEMENT COURSE**

PLEASE BE ADVISED that pursuant to 11 U.S.C. § 727(a)(11), each Debtor, subject to statutory exceptions, is required to complete an approved instructional course concerning personal financial management within 60 days of the first date set for the meeting of creditors in order to receive a discharge.

Pursuant to Fed. R. Bankr. P. 1007(b)(7), either an approved provider of an instructional course concerning personal financial management must file a "Certificate of Debtor Education" notifying the court that each Debtor has completed the course after filing the petition, or each Debtor must complete and file a "Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management" (Official Form 23).

Failure to certify completion of a personal financial management course by the date specified below will result in the case being closed without an entry of discharge. If your case is closed without a discharge being issued, you may file a motion to reopen the case to request that a discharge be granted. A filing fee (currently $260.00) will be charged for filing the motion to reopen, whether or not the motion to reopen or the discharge is granted.

**Official Form 23 Filed by Debtor or Certificate of Debtor Education Filed by Course Provider Due by: October 6, 2014**

The Personal Financial Management Course Certificate should not be confused with the Certificate of Credit Counseling which should be filed with the petition.

STAFF MEMBERS OF THE BANKRUPTCY COURT CLERK'S OFFICE ARE AVAILABLE TO ASSIST WITH PROCEDURAL MATTERS; HOWEVER THEY ARE NOT ALLOWED TO PROVIDE LEGAL ADVICE. PLEASE DO NOT CONTACT THE STAFF FOR LEGAL ADVICE.

Dated: September 22, 2014

For the Court

*Gary M. Gfeller*
Gary M. Gfeller
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 100