**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-21261 (ASD) |
| | : | |
| CHARLIE SMITH | : | CHAPTER 7 |
| | : | |
| DEBTOR | : | MARCH 20, 2017 |

| | | |
|---|---|---|
| PACIFIC INS. CO., LTD A SUBSIDIARY OF THE HARTFORD FINANCIAL SERVICES GROUP a/s/o PETER PAN BUS LINES TRUST | : : : : : | AP No. 14-02046 (ASD) |
| v. | : : | |
| CHARLIE SMITH | : | MARCH 20, 2017 |

## MOTION FOR RELIEF FROM STAY

Plaintiff, Pacific Insurance Company, Ltd., a subsidiary of The Hartford Financial Services Group, Inc. a/s/o Peter Pan Bus Lines Trust (hereinafter referred to as "Pacific Insurance") respectfully moves, pursuant to Sections 362 and 4001 of the Bankruptcy Code for relief from the stay in order to allow plaintiff to prosecute its claim against the attorney for the debtor who is adequately insured for plaintiff's claims. As the record reflects, Superior Court proceedings are currently pending in the Judicial District of Hartford, bearing docket number HHD-CV-15-6062580-S.  Counsel for Pacific Insurance asserts that it is in the interest of all stakeholders to allow the state court action to proceed against Attorney T.J. Morelli-Wolfe and the Law Office of T.J. Morelli-Wolfe.  In support of this Motion, counsel states that if Pacific Insurance is able to obtain resolution of its claims in the Superior Court action, it will obviate the need for further

proceedings in this Court being that all other claims except the present matter are resolved.

WHEREFORE, Counsel respectfully requests that the court enter and order as follows:

The foregoing matter having been heard by the court, the automatic stay is hereby lifted until further notice in order to allow the proceedings in HHD-CV-15-6062580-S to proceed.

Pacific Insurance Company, Ltd.
A subsidiary of The Hartford
Financial Services Group, Inc. a/s/o
Peter Pan Bus Lines Trust

/s/ Bruce H. Raymond
Bruce H. Raymond ct04981
Shafer Glazer, LLP
90 National Drive, Suite 3
Glastonbury, CT 06033
860-633-0580
860-633-0438-Fax
BRaymond@shaferglazer.com
Its Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System. Pursuant to L.B.R. 9010-1(b), the foregoing pleading has been served upon the debtor, trustee, and the U.S. Trustee.

Date:  MARCH 20, 2017                                         /s/ Bruce H. Raymond
                                                              Bruce H. Raymond

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-21261 (ASD) |
| CHARLIE SMITH | : | CHAPTER 7 |
| DEBTOR | : | MARCH 20, 2017 |

| | | |
|---|---|---|
| PACIFIC INS. CO., LTD A SUBSIDIARY OF THE HARTFORD FINANCIAL SERVICES GROUP a/s/o PETER PAN BUS LINES TRUST | : | AP No. 14-02046 (ASD) |
| v. | : | |
| CHARLIE SMITH | : | MARCH 20, 2017 |

**NOTICE OF CONTESTED MATTER RESPONSE DATE**

Plaintiff, Pacific Insurance Company, Ltd., a subsidiary of The Hartford Financial Services Group, Inc. a/s/o Peter Pan Bus Lines Trust (hereinafter referred to the "Movant") has filed a Motion for Relief from Stay (hereinafter referred to as the "Contested Matter") with the U.S. Bankruptcy Court.  Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than fourteen (14) days or by April 3, 2017.  In the absence of a timely filed response, the proposed order in the Contested Matter may enter without further notice and hearing, *see*, 11 U.S.C § 102(1).

                    Pacific Insurance Company, Ltd.
                    A subsidiary of The Hartford
                    Financial Services Group, Inc. a/s/o
                    Peter Pan Bus Lines Trust

                    <u>/s/ Bruce H. Raymond</u>
                    Bruce H. Raymond ct04981
                    Shafer Glazer, LLP
                    90 National Drive, Suite 3
                    Glastonbury, CT 06033
                    860-633-0580
                    860-633-0438-Fax
                    [BRaymond@shaferglazer.com](mailto:BRaymond@shaferglazer.com)
                    Its Attorneys

## **<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System. Pursuant to L.B.R. 9010-1(b), the foregoing pleading has been served upon the debtor, trustee, and the U.S. Trustee.

Date:  MARCH 20, 2017                    <u>/s/ Bruce H. Raymond</u>
                                            Bruce H. Raymond

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-21261 (ASD) |
| | : | |
| CHARLIE SMITH | : | CHAPTER 7 |
| | : | |
| DEBTOR | : | MARCH 20, 2017 |

| | | |
|---|---|---|
| PACIFIC INS. CO., LTD A | : | AP No. 14-02046 (ASD) |
| SUBSIDIARY OF THE HARTFORD | : | |
| FINANCIAL SERVICES GROUP a/s/o | : | |
| PETER PAN BUS LINES TRUST | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLIE SMITH | : | MARCH 20, 2017 |

## [PROPOSED] ORDER

The automatic stay is hereby lifted until further notice in order to allow the proceedings in the Superior Court Action bearing docket HHD-CV-15-6062580-S to proceed.

_____
Judge/Clerk