UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT (HARTFORD)

| | | |
|---|---|---|
| In re: | | |
| CHARLIE SMITH | : | Case No. 14-21261(ASD) |
| | : | |
| Debtor | : | CHAPTER 7 |
| | : | |
| | : | March 22, 2017 |

| | | |
|---|---|---|
| PACIFIC INS. CO., LTD A | : | AP No. 14-02046 |
| SUBSIDIARY OF THE HARTFORD | : | |
| FINANCIAL SERVICES GROUP | : | |
| PETER PAN BUS LINES TRUST | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLIE SMITH | : | |

## STATEMENT OF NO OBJECTION RE: CREDITOR'S MOTION FOR RELIEF FROM STAY

The Respondent-Debtor, Charlie Smith, through his Counsel Kevin D. Wickless, hereby states that he has no objection to the ***Motion for Relief from Stay (Doc. No. 26)*** filed by counsel for the creditor Pacific Insurance Company, Ltd.

RESPECTFULLY SUBMITTED BY THE DEBTOR

/s/ Charlie Smith
Charlie Smith

/s/ Kevin D. Wickless
Kevin D. Wickless
Kevin Wickless Law, LLC.
99 Main Street, Suite 3A
Norwich, CT 06360
P: 860-889-8804
F: 860-889-8806
kevinwickless@gmail.com

## CERTIFICATION OF SERVICE

Certification is hereby made that on **March 22, 2017**, a copy of the ***STATEMENT OF NO OBJECTION RE: CREDITOR'S MOTION FOR RELIEF FROM STAY*** was filed electronically and served by mail on anyone unable to accept electronic filing mailed via first class mail postage prepaid to the following parties of interest:  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's ECF System.

Bruce Raymond, Esq.
JAY M. WOLMAN,
Raymond Law Group LLC
90 National Drive, Suite 3
Glastonbury, CT 06300

Jody N. Cappello
Winget, Spadafora & Schwartzberg, LLP
177 Broad Street, 10th floor
Stamford, CT 06901

Charlie Smith
24 Cove Road
Uncasville, CT 06382

Date:   March 22, 2017

                                  /s/ Kevin D. Wickless
                                  Kevin D. Wickless, Counsel for the Debtor